ACCEPTED
03-15-00252-CV
7622823
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/30/2015 3:07:04 PM
JEFFREY D. KYLE
CLERK



1221 McKinney Street, Suite 4500 | Houston, Texas 77010
Phone 713.951.3700 | Fax 713.951.3720
www.beckredden.com

CONSTANCE H. PFEIFFER
BOARD CERTIFIED ♦ CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/30/2015 3:07:04 PM
713.951.3727
cpfeiffer@beckredden.com
JEFFREY D. KYLE
Clerk

October 30, 2015

Re:    Nos. 03-15-00252-CV; *Dr. Behzad Nazari, D.D.S. d/b/a Antoine Dental Center, et al. v. The State of Texas, Xerox Corporation, and Xerox State Healthcare, LLC f/k/a ACS State Healthcare, LLC*; In the Court of Appeals for the Third District of Texas at Austin
Trial Court Cause No.: D-1-GN-14-005380

No. 03-15-00401-CV; *In Re Xerox Corporation and Xerox State Healthcare, LLC f/k/a ACS State Healthcare, LLC*; In the Third Court of Appeals of Texas at Austin
Trial Court Cause No.: D-1-GV-14-000581

Jeffrey D. Kyle, Clerk of the Court                      ***By E-Filing***
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Dear Mr. Kyle:

In accordance with the Court's request, please be advised that the undersigned, Constance H. Pfeiffer, will present oral argument on behalf of Xerox Corporation and Xerox State Healthcare, LLC f/k/a ACS State Healthcare, LLC in the above referenced case on December 16, 2015 at 1:30 p.m.

Thank you for your courtesy and assistance.

Sincerely,

*/s/ Constance H. Pfeiffer*

Constance H. Pfeiffer
COUNSEL FOR XEROX CORPORATION
AND XEROX STATE HEALTHCARE, LLC
F/K/A ACS STATE HEALTHCARE, LLC

1802.008/569905